UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA                 21-CR-00089 (SJ)(SJB)

        -aganist

ELIJAH SONG

        Defendant.

------------------------------X

**SANKET J. BULSARA, U.S.M.J.:**

### CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE SANKET J. BULSARA

    United States Magistrate Judge Sanket J. Bulsara has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Sanket J. Bulsara. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Sanket J. Bulsara.

                                              _____
                                              ELIJAH SONG
                                              Defendant

                                              _____
                                              STEVEN ZISSOU
                                              Attorney for the Defendant

By: _Andrew P. Wenzel_
     Assistant U.S. Attorney

Dated: Brooklyn, New York
       SEPTEMBER 01, 2021



COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT. # 21-cr-89
DATE: 9/1/21