# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361| 718.279.4500 | stevezissou@stevezissouesq.com

January 13, 2022

**BY ECF**

The Honorable Sterling Johnson, Jr.
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Elijah Song,* Docket No. 21-CR-89 (SJ)
Request to Withdraw Pro se "Objections" filed by defendant (ecf 29)

Dear Judge Johnson:

For the reasons set forth below, I respectfully request that a pro se filing labeled "*objections*" (ecf 29) be removed from the court record. This submission was made by the defendant during a difficult time at the MDC when access to inmates was, and continues to be, severely limited.

Counsel for the defendant *does not* adopt the pro se submission by his client and has advised him of this fact. Counsel continues to explore ways to resolve disputed legal and factual issues with the attorney for the government that may obviate the need for a *Fatico* hearing and will file objections, if any, when necessary.[1]

Accordingly, I respectfully request that ecf 29 be removed from the court record.

Thank you for your consideration in this matter

Respectfully submitted by

Steve Zissou

cc: andrew.wenzel@usdoj.gov
Shayna_Bryant@nyep.uscourts.gov

---

[1] Inexplicably, the probation department replied to the defendant's pro se objection letter without conferring with his attorney. Since counsel for the defendant has not adopted the submission, the addendum filed by the probation department is *void ab initio* and should be ignored by the Court.